**DISMISS and Opinion Filed February 13, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01304-CV

**RAFAEL VILLEGAS, Appellant**
**V.**
**PATRICIA VARGAS, Appellee**

**On Appeal from the County Court at Law**
**Cherokee County, Texas**
**Trial Court Cause No. CV 9318**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Kennedy
Opinion by Justice Kennedy

The underlying lawsuit is from Cherokee County. This Court has jurisdiction of all civil cases within its district. *See* TEX. GOV. CODE ANN. § 22.220(a). The counties within the Court's district include Collin, Dallas, Grayson, Hunt, Kaufman, and Rockwall. *See id*. § 22.201(f). Because Cherokee County is within the Twelfth Court of Appeals' district, *see id*. § 22.201(m), we questioned our jurisdiction over this appeal. In response, appellant filed a letter acknowledging we lack jurisdiction. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

/Nancy Kennedy/
NANCY KENNEDY
JUSTICE

221304F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

RAFAEL VILLEGAS, Appellant

No. 05-22-01304-CV     V.

PATRICIA VARGAS, Appellee

On Appeal from the County Court at Law, Cherokee County, Texas
Trial Court Cause No. CV 9318.
Opinion delivered by Justice Kennedy. Justices Partida-Kipness and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered February 13, 2023